MOBLEY, superintendent of banks, *v.* ASKEW *et al.,* administrators.

GILBERT, J. The exception is to a judgment rendered by the superior court on appeal from the court of ordinary, which arose by reason of an objection to the final returns of administrators of an estate. No question is raised which would give this court jurisdiction under the constitution, art. 6, sec. 2, par. 5 (Civil Code of 1910, § 6502). The case is therefore transferred to the Court of Appeals.

*So ordered. All the Justices concur.*

No. 9282. NOVEMBER 17, 1932.

*E. T. Moon, C. N. Davie,* and *J. F. Kemp,* for plaintiff.

*Duke Davis, L. L. Meadors,* and *Terrell & Terrell,* for defendants.